1  Eric Davis
   P. O Box 9246
2  Moreno Valley, CA 92552
   916-620-3169
3  ericdavondavis@yahoo.com

4                    UNITED STATES COURT OF FEDERAL CLAIMS

5  ERIC DAVON DAVIS,                          Case No.:

6              Plaintiff,

7  vs.                                        APPENDIX SUMMARY

8  UNITED STATES,

9              Defendant

10

11  ## Appendix A – Damages Summary & Ledger (Passport Only)

12  Calculation of damages arising from passport denial:

13
    - 356 days of obstruction (Sept. 18, 2024 – Sept. 9, 2025) × $350,000/day = $124,600,000.
14  - Trebled under unrebutted contract terms = $373,800,000.
    - **Total claim: $498,400,000.**
15

16

17  ## Appendix B – Common Law Copyright Notice & Security Agreement

18
    Recorded March 30, 2024 (U.S. Copyright Office, Document No. JHD-220877-CN).
19  Establishes contractual terms, including treble damages clauses.

20

21

22  ## Appendix C – Passport Denial Letter (Sept. 18, 2024)

23  Issued by the U.S. Department of State (Houston Passport Agency).
    Confirms denial of petitioner's passport application.
24

25

26

27

28

    APPENDIX SUMMARY - 1

1

2

## Appendix D – Declaration of Eric Davon Davis & Supporting Correspondence

3

Petitioner's declaration with attached exhibits documenting continued passport obstruction and related communications.

4

- **Exhibit D-1 – September 30, 2024 Letter**
  Petitioner's formal notice to the Department of State referencing denial and federal claims.
5

6

- **Exhibit D-2 – October 28, 2024 Response from the Department of State**
  Official reply confirming continued ineligibility and refusal to review/appeal.
7

- **Exhibit D-3 – USPS Proof of Service & Related Documentation**
  Postal receipt (March 19, 2025) confirming service to the State Department, together with correspondence sent and received in that timeframe. *(See attached recent exhibits.)*
8

9

- **Exhibit D-4 – March 18, 2025 Legal Notice of Unlawful Obstruction**
  Petitioner's notice to the Department of State placing the agency on direct legal notice of constitutional violations and contractual liability.
10

11

12

**Respectfully submitted,**
**Eric Davon Davis**
Petitioner, pro se

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPENDIX SUMMARY - 2

1  Eric Davis
   P. O Box 9246
2  Moreno Valley, CA 92552
   916-620-3169
3  ericdavondavis@yahoo.com

4                    UNITED STATES COURT OF FEDERAL CLAIMS

5  ERIC DAVON DAVIS,                          Case No.:

6                  Plaintiff,

7  vs.                                        APPENDIX A – DAMAGES SUMMARY AND
                                              LEDGER
8  UNITED STATES,

9                  Defendant

10

11 **Summary**

12

13 This claim arises under the Tucker Act, 28 U.S.C. § 1491, for money damages only. Petitioner

14 seeks compensation for an uncompensated taking by the United States Department of State,

15 which obstructed petitioner's ability to obtain a passport. The denial deprived petitioner of a

16 **cognizable property interest in international travel**, constituting a taking under the Fifth

17 Amendment.

18

19 Petitioner does **not** seek injunctive relief or passport issuance; only monetary damages are

20 claimed.

21

22

23

24 **Damages Calculation**

25

26    • **Period of Obstruction:** September 18, 2024 – September 9, 2025 **(356 days)**.

27

28

APPENDIX A – DAMAGES SUMMARY AND LEDGER - 1

- **Daily Rate:** $350,000 per day (derived from contractual provisions: $200,000/day obstruction + $150,000/day statutory damages under 17 U.S.C. § 504(c)).
- **Base Damages:** $124,600,000.
- **Contractual Treble Damages:** $373,800,000 (UCC §§ 1-103, 1-308; unrebutted private contract recorded March 30, 2024, Document No. JHD-220877-CN).
- **Total Damages Sought: $498,400,000.**

**Enforcement**

Petitioner requests that any award be paid from the **Judgment Fund** pursuant to 31 U.S.C. § 1304.

Respectfully submitted,
**Eric Davon Davis**

Dated ___9th___ of September, 2025.                    _Eric Davis_
                                                     Signature

APPENDIX A – DAMAGES SUMMARY AND LEDGER - 2



# Certificate of Recordation

This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

*Shira Perlmutter*

United States Register of Copyrights and Director

March 30, 2024
_____

Date of Recordation

15023                              765
_____

Volume                         Doc.No.

Type of Work:        Recorded Document

Document Number:     V15023D765

Date of Recordation:
                     2024-03-30

Entire Copyright Document:
                     V15023 D765 P1-5

Title:               No titles given..

Notes:               COMMON LAW COPYRIGHT NOTICE.

Party 1:             ERIC DAVIS; Eric Davon Davis

Names:               DAVIS, ERIC
                     Davon Davis, Eric

===================================================================================================

# COMMON LAW COPYRIGHT NOTICE

## JHD-220877-CN

**COPYRIGHT NOTICE:** All rights reserved re common-law copyright of trade-name/trade-mark, **ERIC DAVIS** as well as any and all derivatives and variations in the spelling of said trade-name/trade-mark - Common Law Copyright © 11/03/1993-3000 by ™ **ERIC DAVON DAVIS©.**

Said common-law trade-name/trade-mark, **ERIC DAVIS,** may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgment of ™ **ERIC DAVON DAVIS** © as signified by the red-ink signature of ™ **ERIC DAVON DAVIS©,** hereinafter "Secured Party."

With the intent of being contractually bound, any juristic person, as well as the agent of said juristic person, consents and agrees by this Copyright Notice that neither said juristic person, nor the agent of said juristic person, shall display, nor otherwise use in any manner, the common-law trade-name/trade-mark **ERIC DAVIS,** nor the common-law copyright described herein, nor any derivative of, nor any variation in the spelling of, **ERIC DAVIS** without the prior, express, written consent and acknowledgment of Secured Party, as signified by Secured Party's signature in red ink.

Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of **ERIC DAVIS,** and all such unauthorized use is strictly prohibited.

Secured Party is not now, nor has ever been, an accommodation party, nor a surety, for the purported DEBTOR, i.e. **"ERIC DAVIS,"** nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so-indemnified and held harmless by DEBTOR, i.e. **"ERIC DAVIS,"** in Hold Harmless and Indemnity Agreement JHD-220877-HHIA dated 01/25/24 against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed upon, and incurred by DEBTOR for any and every reason, purpose and/or cause whatsoever.

Take note also that Common Law Copyright is claimed by Secured Party over; including, but not restricted or limited to, all means of personal identification of DEBTOR defined as; all fingerprints, footprints, palm prints, thumbprints, hand-prints, toe-prints, RNA materials, blood and blood fractions, biopsies, surgically removed tissue, body parts, organs, hair, teeth, nails, semen, urine, faeces, excrement, other body fluids and matter of any kind, and breath samples, voice-print, retinal image, and the description thereof, and all other corporeal identification factors, and said factors physical counterparts, any and all body tissues of any kind, in any form, and all records and record numbers, including the results, recorded or otherwise, of all and any tests performed on any material relating to DEBTOR, and information pertaining thereto, and any visual image, photographic or electronic, notwithstanding any and all claims to the contrary.

In addition, Creditor retains absolute control and mastery over the property of [his/her] body, mind and mental faculties to the extent that no medications, foods or otherwise may be administered to him without his express consent in written form, using red ink, and freely given in full formal consent.

Self-executing Contract/Security Agreement in Event of Unauthorized Use: By this Copyright Notice, both the juristic person and the agent of said juristic person, hereinafter jointly and severally "User," consent and agree that any use of **ERIC DAVIS** other than Authorized use as set forth above constitutes unauthorized use, counterfeiting, of Secured Party's common-law copyrighted property,

contractually binds User, and renders this Copyright Notice a Security Agreement wherein User is DEBTOR and ™ERIC DAVON DAVIS© is Secured Party, and signifies that User:

(1) grants Secured Party a security interest in all User's assets, land, and personal property, and all of User's interest in assets, land, and personal property, in the sum certain amount of $200,000.00 (two hundred thousand) dollars per each occurrence of use of the common-law-copyrighted trade-name/trade-mark ERIC DAVIS; as well as for each and every occurrence of use of any and all derivatives of, and variations in the spelling of, ERIC DAVIS, plus costs, plus triple damages;

(2) authenticates this Security Agreement wherein User is DEBTOR and ™ERIC DAVON DAVIS© is Secured Party; and wherein User pledges all of User's assets, land, consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles and all User's interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing User's contractual obligation in favour of Secured Party for User's unauthorized use of Secured Party's common-law-copyrighted property;

(3) consents and agrees with Secured Party's filing of a UCC Financing Statement in the UCC filing recognized on the public record by the WASHINGTON SECRETARY OF STATE, as well as in any county recorder's office, wherein User is DEBTOR and ™ERIC DAVON DAVIS© is Secured Party;

(4) consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property, pledged as collateral in this Security Agreement and described above in paragraph "(2)," until User's contractual obligation theretofore incurred has been fully satisfied

(5) consents and agrees with Secured Party's filing of any UCC Financing Statement, as described above in paragraph's "(3)" and "(4)," as well as the filing of any Security Agreement, as described above in paragraph "(2)," in the UCC filing office, as well as in any county recorder's office;

(6) consents and agrees that any and all such filings described in paragraphs "(4)" and "(5)" above are not, and may not be considered, lawful and binding; and that User will not claim that any such filing is lawful and binding;

(7) waives all defences; and

(8) appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favour of Secured Party as set forth below under "Payment Terms" and "Default Terms," granting Secured Party full authorization and power for engaging in any and all actions on behalf of User including, but not limited by, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

User further consents and agrees with all of the following additional terms of Self-executing Contract/Security Agreement in Event of Unauthorized Use:

Payment Terms: In accordance with fees for unauthorized use of ERIC DAVIS as set forth above, User hereby consents and agrees that User shall pay Secured Party all unauthorized-use fees in full within ten (10) days of date invoice is sent Secured Party's invoice, hereinafter "Invoice," itemizing said fees.

**Default Terms:** In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and: (a) all of User's property and property pledged as collateral by User, as set forth above in paragraph "(2)," immediately becomes, i.e. is, property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in "(8)"; and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's property and interest, described above in paragraph "(2)," formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in Event of Unauthorized Use," that Secured Party, again in Secured Party's sole discretion, deems appropriate.

**Terms for Curing Default:** Upon event of default, as set forth above under "Default Terms," irrespective of any and all of User's former property and interest in property, described above in paragraph "(2)," in the possession of, as well as disposed of by, Secured Party, as Authorized above under "Default Terms," User may cure User's default only re the remainder of User's said former property and interest property, formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized-use fees itemised in invoice within said twenty (20) day period for curing defaults as set forth under "Terms for Curing Default" authorises Secured Party's immediate, non-judicial strict foreclosure on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party, upon expiration of said twenty (20) day default-curing period.

Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office. Record owner: ™ERIC DAVON DAVIS© Autograph Common Law Copyright© 11/03/1993-3000.

Unauthorized use of ™ERIC DAVON DAVIS© incurs same unauthorized-use fees as those associated with ERIC DAVIS, as set forth above in paragraph "(1)" under "Self-executing Contract/Security Agreement in Event of Unauthorized Use."

This Copyright Notice includes any and all business names owned by **ERIC DAVIS**.

By: _____          ™**ERIC DAVON DAVIS**©
     (Secured Party Signature)

**Authorized Representative**

**Signed in the presence of:**

Notary Name Brianna DeBella          Seal:

Dated: 25th Day of January 20 24

Signed Signature _____

See Attached Notarial Certificate





United States Department of State

*Houston Passport Agency*
*44132 Mercure Circle*
*PO Box 1080*
*Sterling, Virginia 20166-1080*
September 18, 2024

Eric Davon Davis
2501 Hayden Pkwy Apt 911
Roseville, CA 95747

RE: 798108088

Dear Eric Davon Davis:

Thank you for your recent passport application. Unfortunately, you are ineligible to receive passport services because the Department of Health and Human Services (HHS) certified that you owe child support.

- ♦   Section 51.60(a)(2) of Title 22 of the Code of Federal Regulations reads as follows:

  51.60– Denial of Passports
  (a)   The Department may not issue a passport, except a passport for direct return to the United States, in any case in which the Department determines or is informed by a competent authority that:
  (2)   The applicant has been certified by the Secretary of Health and Human Services as notified by a state agency under 42 U.S.C. 652(k) to be in arrears of child support in an amount determined by the statute.

*Neither this passport agency nor the Department of State has information concerning your child support obligation.* A list of state child support enforcement agencies and their contact information can be found on-line at https://www.acf.hhs.gov/programs/css/contact-information/state-and-tribal-child-support-agency-contacts.

You must contact and make appropriate arrangements with the relevant state child support agency within ninety (90) days from the date of this letter.

Once the Secretary of Health and Human Services has certified to the Secretary of State that you have <u>satisfied</u> the child support arrearage, your name will be removed from the certified list. Please note that several states require a zero dollar ($0.00) balance before allowing passport issuance to an individual who was previously in arrearage. **All questions regarding such policies must be addressed to the appropriate state child support office. If satisfactory payment arrangements have not been made with the relevant state within 90 days of the date of this letter, your application will be denied.** The Department of State cannot change, override, or appeal this policy.

**For general passport information or to check the status of your passport application, please visit us on-line at travel.state.gov.**

**<u>PLEASE RETURN A COPY OF THIS LETTER, ALONG WITH ALL REQUESTED INFORMATION TO THE ADDRESS LISTED ABOVE INCLUDING THE +4 ZIP CODE.</u>**

Sincerely,

Customer Service Department

Enclosure(s):
HHS List

LTD/kr

**ERIC DAVON DAVIS**
2501 Hayden Pkwy, Apt 911
Roseville, CA 95747

**Date:** 09-30-24

**United States Department of State**
Houston Passport Agency
14/32 Mercure Circle
PO Box 1080
Sterling, Virginia 20166-1080

RE: Passport Application Denial – Case No. 798108088
ERIC DAVON DAVIS

To Whom It May Concern:

I am writing in response to your letter dated **September 18, 2024,** concerning the denial of my passport application based on a certification provided by the Department of Health and Human Services (HHS), allegedly indicating that I owe child support arrears under **22 C.F.R. § 51.60(a)(2)** and **42 U.S.C. § 652(k).**

**Clarification of Default Judgment and Current Litigation**

I would like to clarify that any claims regarding child support obligations against me are already addressed within the framework of my **pending federal case** under **United States District Court, Eastern District of California, Case No. 24-cv-1952-KJM-AC,** which is a **RICO (Racketeer Influenced and Corrupt Organizations Act) case.** In this case, I am suing multiple government agencies, including Sacramento County Department of Child Support Services, for fraudulent activity related to the unauthorized use of my name and personal information.

As of now, **a default judgment has been entered** in that case due to the failure of the defendants to respond within the required time frame. This pending case includes substantial claims related to the misuse and mishandling of my personal data, including erroneous claims regarding child support obligations.

**Request for Clarification and Supporting Documentation**

As stated in your letter, neither the Department of State nor the Houston Passport Agency has information regarding the details of the child support arrearage. Considering the **default judgment in my federal case,** I request that you:

1. **Provide all documentation or information** submitted by the Department of Health and Human Services (HHS) or any state child support agency that led to the certification of my name on the list of individuals owing child support.

2. **Clarify the basis for the certification** of child support arrears, including any court orders or state enforcement records used to substantiate this claim.

It is critical that the information provided is fully reviewed in the context of my **RICO lawsuit**, as any action taken based on these unsupported claims will result in further legal actions under federal law.

**Consequences of Withholding My Passport**

I must stress that the continued withholding of my passport based on these allegations will result in **further legal action under my existing RICO case**. The unlawful certification of arrearage without verification has already caused significant harm, and withholding my passport will constitute an additional violation of my civil rights.

Such action directly interferes with my personal and professional livelihood, restricting my ability to conduct business, travel, and engage in critical matters related to my ongoing litigation. This undue hardship is particularly unjust given the default judgment entered in my case, which invalidates the legitimacy of the child support claim.

**Resolution and Next Steps**

Please acknowledge this letter and provide the requested information regarding the child support arrearage certification at your earliest convenience. Additionally, if no supporting evidence can be provided, I expect that the passport application denial will be immediately rescinded, and my application will be processed without further delay.

I look forward to your prompt response. If no satisfactory resolution is reached, I will have no option but to take this matter to the federal court, seeking immediate injunctive relief for the improper withholding of my passport.

Thank you for your attention to this matter.

Sincerely,

**ERIC DAVON DAVIS**



United States Department of State

*Houston Passport Agency*
*44132 Mercure Circle*
*PO Box 1080*
*Sterling, Virginia 20166-1080*

October 28, 2024

Eric Davon Davis
2501 Hayden Pkwy Apt 911
Roseville, CA 95747

RE: 798108088

Dear Eric Davon Davis:

Thank you for contacting us regarding your eligibility to receive a U.S. passport book and/or passport card. Our records indicate that you are still ineligible due to owing child support. Therefore, we are unable to proceed with your request at this time.

Unfortunately, we cannot review or appeal since only the individual state child support enforcement agency and the Department of Health and Human Services can do so. *Neither this passport agency nor the Department of State has information concerning your child support obligation.* A list of state child support enforcement agencies and their contact information can be found on-line at https://www.acf.hhs.gov/programs/css/contact-information/state-and-tribal-child-support-agency-contacts. Please contact the appropriate office to make payment arrangements or request additional information.

Sincerely,

Customer Service Department

RP/kr

**UNITED STATES POSTAL SERVICE.**

MORENO VALLEY
23580 ALESSANDRO BLVD
MORENO VALLEY, CA 92553-9998
(800)275-8777

03/19/2025                    10:03 AM

```
Product          Qty   Unit    Price
                       Price

Priority Mail®     1           $10.10
Window FR Env
  Sterling, VA 20166
  Flat Rate
  Expected Delivery Date
    Mon 03/24/2025
  Tracking #:
    9505 5148 8230 5078 2729 79
  Insurance                    $0.00
    Up to $100.00 included
Total                         $10.10


Grand Total:                  $10.10

Cash                          $11.00
Change                        -$0.90
```

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 055156-0553
Receipt #: 840-59200234-5-9263166-2
Clerk: 1

# LEGAL NOTICE OF UNLAWFUL OBSTRUCTION OF PASSPORT PROCESSING AND INTENT TO PURSUE LEGAL ACTION UNDER RICO

United States Department of State
Houston Passport Agency
44132 Mercure Circle
PO Box 1080
Sterling, Virginia 20166-1080

March 18, 2025

Reference number: 798108088
RE: Eric Davon Davis – Passport Application Obstruction, Legal Liability, and Intent to Pursue RICO Action

To Whom It May Concern:

This letter serves as a formal legal notice regarding the continued unconstitutional obstruction of my valid passport application. As of your latest correspondence dated February 18, 2025, you now claim my application status is "Additional Information Needed." However, no letter or email was received. Further, your failure to provide clear documentation or cancel my application directly places your agency in direct legal and procedural violation.

You previously cited 22 CFR § 51.60(a)(2) and 42 U.S.C. § 652(k) regarding alleged child support arrears. However, you also admitted that neither the Department of State nor the Houston Passport Agency holds confirmation of such arrears. Without verifiable documentation, this administrative hold on my application constitutes a violation of federal law, due process, and my constitutional right to travel.

My legal name and all variations thereof are protected under a common law copyright contract filed with the U.S. Copyright Office. Any continued administrative obstruction, identity use, or misuse will incur:

• $200,000.00 USD per day of obstruction or misuse of name and identity
• $150,000.00 USD per day under 17 U.S.C. § 504(c)

As of today, your agency has accumulated the following damages, dating back to September 18, 2024:

• Days of obstruction: 181 days

• Total accumulated liability: $63,350,000.00 USD

Furthermore, you are now formally notified that local child support enforcement agencies, upon whose claims your obstruction was allegedly based, are defendants in an active federal RICO (Racketeer Influenced and Corrupt Organizations Act) lawsuit. Your agency's continued participation in obstructive administrative actions tied to this network constitutes aiding and abetting a criminal racketeering enterprise under federal law.

You are also reminded that the Supreme Court has clearly affirmed the constitutional right to travel in Kent v. Dulles, 357 U.S. 116 (1958), and Aptheker v. Secretary of State, 378 U.S. 500 (1964). Continued obstruction without clear legal justification violates the Fifth and Fourteenth Amendments and subjects your agency to civil and potentially criminal liability.

This is your final notice. If this obstruction is not immediately lifted and my passport issued without further unlawful delay, I will initiate legal action against your agency under federal RICO statutes, civil rights violations, and procedural due process deprivation. I reserve all rights to pursue civil and criminal remedies and to submit this matter to the Office of the Inspector General and relevant judicial oversight bodies.

Sincerely,

Eric Davon Davis
P.O Box 9246
Moreno Valley, CA 92552
Email: Ericdavondavis@yahoo.com
Phone: (916) 620-3169

# Certificate of Recordation

This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.



*Shira Perlmutter*

United States Register of Copyrights and Director

March 30, 2024

Date of Recordation

15023                          765

Volume                         Doc.No.

4/4/24, 7:34 AM
cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi
Case 1:25-cv-01522-TMD    Document 1-2    Filed 09/12/25    Page 19 of 23

Type of Work:        Recorded Document

Document Number:    V15023D765

Date of Recordation:
                    2024-03-30

Entire Copyright Document:
                    V15023 D765 P1-5

Title:              No titles given..

Notes:              COMMON LAW COPYRIGHT NOTICE.

Party 1:            ERIC DAVIS; Eric Davon Davis

Names:              DAVIS, ERIC
                    Davon Davis, Eric

================================================================================

# COMMON LAW COPYRIGHT NOTICE

JHD-220877-CN

**COPYRIGHT NOTICE:** All rights reserved re common-law copyright of trade-name/trade-mark, **ERIC DAVIS** as well as any and all derivatives and variations in the spelling of said trade-name/trade-mark - Common Law Copyright © 11/03/1993-3000 by ™ **ERIC DAVON DAVIS©**.

Said common-law trade-name/trade-mark, **ERIC DAVIS**, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgment of ™ **ERIC DAVON DAVIS** © as signified by the red-ink signature of ™ **ERIC DAVON DAVIS ©**, hereinafter "Secured Party."

With the intent of being contractually bound, any juristic person, as well as the agent of said juristic person, consents and agrees by this Copyright Notice that neither said juristic person, nor the agent of said juristic person, shall display, nor otherwise use in any manner, the common-law trade-name/trade-mark **ERIC DAVIS**, nor the common-law copyright described herein, nor any derivative of, nor any variation in the spelling of, **ERIC DAVIS** without the prior, express, written consent and acknowledgment of Secured Party, as signified by Secured Party's signature in red ink.

Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of **ERIC DAVIS**, and all such unauthorized use is strictly prohibited.

Secured Party is not now, nor has ever been, an accommodation party, nor a surety, for the purported DEBTOR, i.e. "**ERIC DAVIS**," nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so-indemnified and held harmless by DEBTOR, i.e. "**ERIC DAVIS**," in Hold Harmless and Indemnity Agreement JHD-220877-HHIA dated 01/25/24 against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed upon, and incurred by DEBTOR for any and every reason, purpose and/or cause whatsoever.

Take note also that Common Law Copyright is claimed by Secured Party over, including, but not restricted or limited to, all means of personal identification of DEBTOR defined as; all fingerprints, footprints, palm prints, thumbprints, hand-prints, toe-prints, RNA materials, DNA materials, blood and blood fractions, biopsies, surgically removed tissue, body parts, organs, hair, teeth, nails, semen, urine, faeces, excrement, other body fluids and matter of any kind, and breath samples, voice-print, retinal image, and the description thereof, and all other corporeal identification factors, and said factors physical counterparts, any and all body tissues of any kind, in any form, and all records and record numbers, including the results, recorded or otherwise, of all and any tests performed on any material relating to DEBTOR, and information pertaining thereto, and any visual image, photographic or electronic, notwithstanding any and all claims to the contrary.

In addition, Creditor retains absolute control and mastery over the property of [his/her] body, mind and mental faculties to the extent that no medications, foods or otherwise may be administered to him without his express consent in written form, using red ink, and freely given in full formal consent.

**Self-executing Contract/Security Agreement in Event of Unauthorized Use:** By this Copyright Notice, both the juristic person and the agent of said juristic person, hereinafter jointly and severally "User," consent and agree that any use of **ERIC DAVIS** other than Authorized use as set forth above constitutes unauthorized use, counterfeiting, of Secured Party's common-law copyrighted property,

contractually binds User, and renders this Copyright Notice a Security Agreement wherein User is DEBTOR and ™ERIC DAVON DAVIS© is Secured Party, and signifies that User:

(1) grants Secured Party a security interest in all User's assets, land, and personal property, and all of User's interest in assets, land, and personal property, in the sum certain amount of $200,000.00 (two hundred thousand) dollars per each occurrence of use of the common-law-copyrighted trade-name/trade-mark ERIC DAVIS, as well as for each and every occurrence of use of any and all derivatives of, and variations in the spelling of, ERIC DAVIS, plus costs, plus triple damages;

(2) authenticates this Security Agreement wherein User is DEBTOR and ™ERIC DAVON DAVIS© is Secured Party, and wherein User pledges all of User's assets, land, consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles and all User's interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing User's contractual obligation in favour of Secured Party for User's unauthorized use of Secured Party's common-law-copyrighted property;

(3) consents and agrees with Secured Party's filing of a UCC Financing Statement in the UCC filing recognized on the public record by the WASHINGTON SECRETARY OF STATE, as well as in any county recorder's office, wherein User is DEBTOR and ™ERIC DAVON DAVIS© is Secured Party;

(4) consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property, pledged as collateral in this Security Agreement and described above in paragraph "(2)," until User's contractual obligation theretofore incurred has been fully satisfied

(5) consents and agrees with Secured Party's filing of any UCC Financing Statement, as described above in paragraph's "(3)" and "(4)," as well as the filing of any Security Agreement, as described above in paragraph "(2)," in the UCC filing office, as well as in any county recorder's office;

(6) consents and agrees that any and all such filings described in paragraphs "(4)" and "(5)" above are not, and may not be considered, lawful and binding, and that User will not claim that any such filing is lawful and binding;

(7) waives all defences; and

(8) appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favour of Secured Party as set forth below under "Payment Terms" and "Default Terms," granting Secured Party full authorization and power for engaging in any and all actions on behalf of User including, but not limited by, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

User further consents and agrees with all of the following additional terms of Self-executing Contract/Security Agreement in Event of Unauthorized Use:

Payment Terms: In accordance with fees for unauthorized use of ERIC DAVIS as set forth above, User hereby consents and agrees that User shall pay Secured Party all unauthorized-use fees in full within ten (10) days of date invoice is sent Secured Party's invoice, hereinafter "Invoice," itemizing said fees.

**Default Terms:** In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and: (a) all of User's property and property pledged as collateral by User, as set forth above in paragraph "(2)," immediately becomes, i.e. is, property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in "(8)"; and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's property and interest, described above in paragraph "(2)," formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in Event of Unauthorized Use," that Secured Party, again in Secured Party's sole discretion, deems appropriate.

**Terms for Curing Default:** Upon event of default, as set forth above under "Default Terms," irrespective of any and all of User's former property and interest in property, described above in paragraph "(2)," in the possession of, as well as disposed of by, Secured Party, as Authorized above under "Default Terms," User may cure User's default only re the remainder of User's said former property and interest property, formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized-use fees itemised in invoice within said twenty (20) day period for curing defaults as set forth under "Terms for Curing Default" authorises Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party, upon expiration of said twenty (20) day default-curing period.

Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office. Record owner: ™ERIC DAVON DAVIS© Autograph Common Law Copyright© 11/03/1993-3000.

Unauthorized use of "™ERIC DAVON DAVIS©" incurs same unauthorized-use fees as those associated with ERIC DAVIS, as set forth above in paragraph "(1)" under "Self-executing Contract/Security Agreement in Event of Unauthorized Use."

This Copyright Notice includes any and all business names owned by **ERIC DAVIS**.

By: _____ , ™**ERIC DAVON DAVIS**©
    (Secured Party Signature)

**Authorized Representative**

**Signed in the presence of:**

Notary Name Brianna DeBelre    Seal:

Dated: 25ᵗʰ Day of January 20 24

Signed Signature _____

See Attached Notarial Certificate