

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

PS00001000014
EP14F October 2023
OD: 12 1/2 x 9 1/2

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

US POSTAGE IMI  924450908112108  2000393938
$11.00
SSK
PM
09/08/25  Mailed from 92553  028W2312154

PRIORITY MAIL®

ERIC DAVIS
PO BOX 9246
MORENO VALLEY CA 92552-9246

10.90 oz
RDC 03
C037

RECEIVED
SEP 12
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

SHIP TO:
US COURT OF FEDERAL CLAIMS
717 MADISON PL NW
WASHINGTON DC 20005-7700

EXPECTED DELIVERY DAY: 09/11/25

USPS TRACKING® NUMBER

9505 5067 0636 5251 8181 30

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP